**FILED**
November 3, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                           )<br>           Plaintiff,                             )<br>v.                                                       )<br>                                                           )<br>KRISTIN MICHELLE MORRIS,       )<br>                                                           )<br>           Defendant.                         ) | Case No. 2:11-mj-00334-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release , Case No. 2:11-mj-00334-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __X__   Release on Personal Recognizance

     __X__   Bail Posted in the amount of: $10,000.00

               __X__   Unsecured Appearance Bond

               ____   Secured Appearance Bond

               ___(Other)     Conditions as stated on the record.

               ____   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  11/03/2011  at  11:52 AM

By _____
    Edmund F. Brennan
    United States Magistrate Judge