```
DANIEL J. BRODERICK
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,     )<br>                              )<br>     v.                       )<br>                              )<br>KRISTINA M. MORRIS,           )<br>                              )<br>            Defendant.    )<br>_____) | MAG. 11-00334-EFB<br><br>STIPULATION AND ORDER TO<br>EXTEND TIME FOR PRELIMINARY<br>HEARING AND EXCLUDE TIME<br><br>Date: December 8, 2011<br>Time: 2:00 p.m.<br>Judge: Kendall J. Newman |

    Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney, MICHELLE RODRIGUEZ, and Defendant KRISTINA M. MORRIS, individually and by her counsel of record, DENNIS S. WAKS, Supervising Assistant Federal Defender hereby stipulate to continue the Preliminary Hearing set for November 23, 2011, to December 8, 2011, at 2:00 p.m.

    The parties agree that the time beginning from the date of this stipulation, November 21, 2011 and extending through December 8, 2011 should be excluded from the calculation of time under the Speedy Trial Act.  Further, the Defendant consents to an extension of the time for Preliminary Hearing until December 8, 2011.  Fed. R. Crim. P. 5.1(d).  The parties submit that the

ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).  In particular, the time is required so that the parties can discuss a proposed disposition and conduct investigation.  The parties stipulate that this interest of justice outweighs the interest of the public and the defendant in a speedy filing of an indictment or information, 18 U.S.C. §§ 3161(b), (h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases.  Fed. R. Crim. P. 5.1(d).

The parties further request that this matter be taken off calendar on November 23, 2011, or such time as either party may request a hearing for a purpose other than Preliminary Hearing.

Dated:  November 21, 2011

> Respectfully submitted,
>
> DANIEL BRODERICK
> Federal Defender
>
> /s/ Dennis S. Waks
> _____
> DENNIS S. WAKS
> Supervising Assistant Federal Defender
> Attorney for Defendant
> KRISTINA M. MORRIS

Dated:  November 21, 2011
> BENJAMIN B. WAGNER
> United States Attorney
>
> /s/ Dennis S. Waks for
> _____
> MICHELLE RODRIGUEZ
> Assistant U.S. Attorney

**ORDER**

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on November 21, 2011.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time  for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial.  18 U.S.C.§3161(h)(7)(A). The Court further finds that the extension of time would not adversely effect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.  The date of the preliminary hearing is extended to December 8, 2011, at 2:00 p.m..

2.  This time between November 23, 2011, and December 8, 2011, shall be excluded from calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and Federal Rule of Criminal Procedure 5.1(d).

3.  The defendant shall appear at the date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated:November 21, 2011

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE