1   DANIEL J. BRODERICK
    Federal Defender
2   DENNIS S. WAKS, BAR #142581
    Supervising Assistant Federal Defenders
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5

6

7            IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,    )   Cr.S. 11-509-KJM
                                )
11             Plaintiff,    )   STIPULATION AND ORDER TO
                                )   EXTEND TIME FOR PRELIMINARY
12     v.                   )   HEARING AND EXCLUDE TIME
                                )
13   KRISTINA M. MORRIS,       )   Date:   January 23, 2012
                                )   Time:   2:00 p.m.
14            Defendant.    )   Judge: Dale A. Drozd
15  ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ )

16       Plaintiff United States of America, by and through its

17 attorney of record, Assistant United States Attorney, MICHELLE

18 RODRIGUEZ, and Defendant KRISTINA M. MORRIS, individually and by

19 her counsel of record, DENNIS S. WAKS, Supervising Assistant

20 Federal Defender hereby stipulate to continue the Preliminary

21 Hearing set for December 8, 2011, to January 23, 2012, at 2:00

22 p.m.

23       The parties agree that the time beginning from the date of

24 this stipulation extending through January 23, 2012, should be

25 excluded from the calculation of time under the Speedy Trial Act.

26 Further, the Defendant consents to an extension of the time for

27 Preliminary Hearing until January 23, 2012, Fed. R. Crim. P.

28 5.1(d).  The parties submit that the ends of justice are served

1  by the Court excluding such time, so that they may have

2  reasonable time necessary for effective preparation, taking into

3  account the exercise of due diligence.   18 U.S.C.

4  § 3161(h)(7)(B)(iv).   In particular, the time is required so that

5  the parties can discuss a proposed disposition and conduct

6  investigation.   The parties stipulate that this interest of

7  justice outweighs the interest of the public and the defendant in

8  a speedy trial, 18 U.S.C. §§ 3161(b) and (h)(7)(A), and further

9  that this good cause outweighs the public's interest in the

10  prompt disposition of criminal cases.   Fed. R. Crim. P. 5.1(d).

11      The parties further request that this matter be taken off

12  calendar on December 8, 2011, or such time as either party may

13  request a hearing for a purpose other than Preliminary Hearing.

14      Lastly, the defendant anticipates that she will enter a plea

15  of guilty to the Information filed before District Judge Kimberly

16  J. Mueller on January 23, 2012, at 9:00 a.m.

17  Dated:  December 7, 2011

18                              Respectfully submitted,

19                              DANIEL BRODERICK
                                Federal Defender

20                              /s/ Dennis S. Waks

21                              _____
                                DENNIS S. WAKS

22                              Supervising Assistant Federal
                                Defender

23                              Attorney for Defendant
                                KRISTINA M. MORRIS

24

25  / / /

26  / / /

27  / / /

    Dated:  December 7, 2011       BENJAMIN B. WAGNER
28                                  United States Attorney

1                               /s/ Dennis S. Waks for

2                               MICHELLE RODRIGUEZ
                              Assistant U.S. Attorney

3

4

5 **ORDER**

6     The Court has read and considered the Stipulation for

7 Extension of Time for Preliminary Hearing pursuant to Rule 5.1(d)

8 and Exclusion of Time, filed by the parties in this matter on

9 December 7, 2011.  The Court hereby finds that the Stipulation,

10 which this Court incorporates by reference into this Order,

11 demonstrates good cause for an extension of time  for the

12 preliminary hearing date pursuant to Rule 5.1(d) of the Federal

13 Rules of Criminal Procedure.

14     Furthermore, for the reasons set forth in the parties'

15 stipulation, the Court finds that the interests of justice served

16 by granting this continuance outweigh the best interests of the

17 public and defendant in a speedy trial.  18 U.S.C.§3161(h)(7)(A).

18 The Court further finds that the extension of time would not

19 adversely effect the public interest in the prompt disposition of

20 criminal cases.

21 THEREFORE, FOR GOOD CAUSE SHOWN:

22     1.  The date of the preliminary hearing is extended to

23 January 23, 2012, at 2:00 p.m..

24     2.  This time between December 8, 2011, and January 23,

25 2012, shall be excluded from calculation pursuant to 18 U.S.C.

26 §3161(h)(7)(A) and Federal Rule of Criminal Procedure 5.1(d).

27     3.  The defendant shall appear at the date and time before

28 the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: December 7, 2011


KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE